# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Hector HERNANDEZ Ginez,<br><br>　　　　　　　Defendant. | Case No.: **25mj1291**<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

### COUNT 1

On or about March 19, 2025, within the Southern District of California, Hector HERNANDEZ Ginez did knowingly and intentionally import a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about March 19, 2025, within the Southern District of California, Hector HERNANDEZ Ginez did knowingly and intentionally import a mixture and substance containing a detectable amount of amphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Nicole Caughey
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 20th day of March 2025.

_____
Hon. Valerie E. Torres
United States Magistrate Judge

## STATEMENT OF FACTS

On March 19, 2025, at approximately 7:50 PM, Hector HERNANDEZ Ginez, ("HERNANDEZ"), a Mexican Citizen, applied for entry into the United States from Mexico through the Otay Mesa POE in vehicle lane #6. HERNANDEZ was the driver and sole occupant of a 2023 Nissan Pathfinder ("the vehicle") bearing Baja California license plates.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the rear cargo area/driver side rear quarter panel of the vehicle.

A Customs and Border Protection Officer (CBPO) received two negative Customs declarations from HERNANDEZ. HERNANDEZ stated he was crossing the border to go to San Ysidro, California. During the inspection, the Canine Enforcement Team officer pried the trim slightly and could saw a vacuum sealed package. The vehicle was referred for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the passenger side rear quarter panel of the vehicle.

Further inspection of the vehicle resulted in the discovery of 14 total packages concealed in the quarter panels of the vehicle. 13 of the packages contained a substance, a sample of which field tested positive for the characteristics of

1

methamphetamine, with a total approximate weight of 9.48 kgs (20.90 lbs.); 1 of the packages contained a substance, a sample of which field tested positive for the characteristics of amphetamine, with a total approximate weight of 1.22 kgs (2.69 lbs.).

HERNANDEZ was placed under arrest at approximately 9:53 PM.

During a post-Miranda interview, HERNANDEZ admitted that he was going to be paid $300 USD to smuggle what he believed was money into the United States. HERNANDEZ claimed to be driving the money to San Ysidro, California.

HERNANDEZ was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.